(137 So. 904)

**Thomas P. BOLTON v. STATE.**

**8 Div. 334.**

Supreme Court of Alabama.

Oct. 15, 1931.

Rehearing Denied Dec. 17, 1931.

William Stell and H. H. Hamilton, both of Russellville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

THOMAS, J.

Petition of Thomas P. Bolton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bolton v. State, 137 So. 903.

Writ denied.

ANDERSON, C. J., and BROWN and FOSTER, JJ., concur.